UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DAVID THOMPSON,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant(s).<br>_____/ | No. C-14-03603 (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF HEARING ON MOTION TO DISMISS</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

Notice is hereby given that the Court, on its own motion, continues the hearing on Defendant's Motion to Dismiss from October 28, 2014 at 9:00 a.m. to October 28, 2014 at 2:00 p.m.  The location shall remain the same.

Dated: October 21, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge