IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DAVID THOMPSON, | Case No. 14-cv-03603 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| BANK OF AMERICA, NA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ordered that the case management conference currently set for November 4, 2014 is continued to November 18, 2014 at 9:00 a.m.  The joint case management statement must be filed no later than November 10, 2014.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge