IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DAVID THOMPSON,<br><br>         Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>         Defendant.<br>_____/ | No. C -12-05317(EDL)<br><br>**ORDER RE DEFENDANT'S MOTION TO DISMISS [DKT. 5]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Notice is hereby given that the Court, on its own motion, vacates the hearing on Defendant's Motion to Dismiss and no appearances are required. The parties will be served with the Court's Order deciding the Motion.

**IT IS SO ORDERED.**

Dated: October 31, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge