**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DAVID THOMPSON, | No. C -14-03603(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

TO ALL PARITIES AND COUNSEL OF RECORD:

Notice is hereby given that the Court, on its own motion, advances the case management conference from December 9, 2014 to December 8, 2014 at 2:30 p.m. The deadline for filing the joint case management statement shall remain the same.

**IT IS SO ORDERED.**

Dated: November 13, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE DAVID THOMPSON,

        Plaintiff,

  v.

BANK OF AMERICA, N.A.,

        Defendant.

                                  /

No. C -14-03603(EDL)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee David Thompson
330 Primrose Road, Suite 214
Burlingame, CA 94010

Dated: November 13, 2014

                                      RICHARD W. WIEKING

                                      By:    /s/ Stephen Ybarra
                                                   Deputy Clerk